**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TERRENCE COOK,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MCCAUL, *et al.*,<br><br>Defendants. | ) | 2:25-CV-744 |

**ORDER**

This *pro se* civil-rights case was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Judge Kelly issued an R&R, where she recommended dismissing the amended complaint without prejudice, and with leave to amend. Plaintiff Terrence Cook filed objections. On *de novo* review, the Court overrules the objections and adopts the R&R.

Mr. Cook argues that Judge Kelly didn't address certain claims in the amended complaint. The Court disagrees. Mr. Cook also argues that he is being held to a higher pleading standard. The Court disagrees again. The amended complaint has no meat on the bone. Mr. Cook needs to amend and provide *significantly* more factual detail. Based on his detailed and cogent objections, there's no question that he has the ability to do so.[1]

[1] Mr. Cook complains that Judge Kelly didn't focus on the right things in the R&R. Even if he is right, that's because there was very little factually to focus on. Filing a more detailed amended complaint will help bring the claims into focus.

*****

**AND NOW**, this 2nd day of September, 2026, it is hereby **ORDERED** that Judge Kelly's R&R (ECF 41) is **ADOPTED** in full. To the extent Mr. Cook seeks to file a second amended complaint, he must do so within 30 days of the date of this order.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:

TERRENCE COOK
215 ROBINSON STREET
PITTSBURGH, PA 15213